IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** § § | |
| Plaintiff, § § | Case No: 6:21-cv-00766-ADA |
| vs. § § | PATENT CASE |
| **MERCEDES-BENZ USA, LLC,** § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Mercedes-Benz USA, LLC with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: October 15, 2021         Respectfully submitted,

                                  */s/Jay Johnson*
                                  **JAY JOHNSON**
                                  State Bar No. 24067322
                                  **D. BRADLEY KIZZIA**
                                  State Bar No. 11547550
                                  **KIZZIA JOHNSON, PLLC**
                                  1910 Pacific Ave., Suite 13000
                                  Dallas, Texas 75201
                                  (214) 451-0164
                                  Fax: (214) 451-0165
                                  jay@kjpllc.com
                                  bkizzia@kjpllc.com

                             **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on October 15, 2021. Parties may access the foregoing through the Court's system.

                                  */s/Jay Johnson*
                                  **JAY JOHNSON**